Filed 2/20/02 by Clerk of Supreme Court

IN THE SUPREME COURT

STATE OF NORTH DAKOTA

2002 ND 19

State of North Dakota, Plaintiff and Appellee

v.

Douglas Eric Guy, Defendant and Appellant

No. 20010136

Appeal from the District Court of Cass County, East Central Judicial District, the Honorable Cynthia A. Rothe-Seeger, Judge.

AFFIRMED.

Per Curiam.

Birch P. Burdick, State’s Attorney, Courthouse, P.O. Box 2806, Fargo, N.D. 58108-2806, for plaintiff and appellee.

Richard E. Edinger, P.O. Box 1295, Fargo, N.D. 58107-1295, for defendant and appellant.

State v. Guy

No. 20010136

Per Curiam.

[¶1] We grant the State’s motion at oral argument to withdraw the material in its appendix, which appeared in violation of N.D.R.App.P. 30(a).

[¶2] We summarily affirm the East Central Judicial District Court’s judgment of conviction of Douglas Eric Guy for gross sexual imposition, burglary, robbery, and felonious restraint, under N.D.R.App.P. 35.1(a)(4) and (7).  
See, e.g.
, 
State v. Lewis
, 291 N.W.2d 735, 737 (N.D. 1980) (declining to adopt the procedures outlined in 
Anders v. California
, 386 U.S. 738 (1967)).

[¶3] Gerald W. VandeWalle, C.J.

Dale V. Sandstrom

William A. Neumann

Mary Muehlen Maring

Carol Ronning Kapsner